# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00333-CR

**Kim Dexter Black, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-05-302026, HONORABLE JON N. WISSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Kim Dexter Black filed both a timely motion for new trial and a timely notice of appeal following his conviction for sexual assault. Seventy-four days after sentence was imposed, the district court granted the motion for new trial. *See* Tex. R. App. P. 21.8(a).

The appeal is dismissed for want of jurisdiction.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   October 5, 2006

Do Not Publish